**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY HARTKE, | ) | |
| | ) | |
| Plaintiff, | ) | No: 1:09-cv-1845 |
| | ) | Judge:  Nordberg |
| v. | ) | |
| | ) | |
| AEGIS RECEIVABLES MANAGEMENT INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT

Plaintiff, JEFFREY HARTKE, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD, requests this Honorable Court to enter an order dismissing this case *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order.

If this case has not been reinstated within forty-five (45) days from the date of entry of a dismissal order, or a motion for reinstatement has not been filed by said date, then Plaintiff requests that the dismissal order of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Respectfully Submitted,
**JEFFREY HARTKE**

By: ___s/ David M. Marco_____
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x812)
Facsimile:  (888) 418-1277
E-Mail:  dmarco@smithlaw.us