UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jeffrey Hartke
                               Plaintiff,

v.                                                   Case No.: 1:09–cv–01845
                                                          Honorable John A. Nordberg

Aegis Receivables Management Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2009:

      MINUTE entry before the Honorable John A. Nordberg:Motion by Plaintiff Jeffrey Hartke to Voluntarily Dismiss with Leave to Reinstate Pursuant to Settlement [7] is granted. Civil case terminated. Mailed notice(tlp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.